**No. P68/258.**—International Customs Service, Inc., a/c Micro Auto Imports *v.* United States, protest 64/3030 (Los Angeles).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of motor brushes in chief value of carbon, which are part of electric motors and are dedicated to use on or with such electric motors, similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 6, 1968

**No. P68/259.**—R. H. Macy & Co., Inc. *v.* United States, protest 64/24603 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. P68/260.**—Globe Importing Company et al. *v.* United States, protests 66/6688, etc. (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of sink strainers in chief value of brass the same in all material respects as those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651) and that the items marked "B" consist of sink strainers in chief value of steel similar in all material respects, except material, to those the subject of Abstract 69651, *supra,* the claims of the plaintiffs were sustained.